UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-208-FL-RN

FILED IN OPEN COURT
ON 10/6/26 CM
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| EDDUARD OMAR MAJANO SOSA | ) | |

The Grand Jury charges that:

COUNT ONE

On or about November 2, 2024, in the Eastern District of North Carolina, the Defendant, EDDUARD OMAR MAJANO SOSA, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote and to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[The remainder of this page is intentionally blank.]

## COUNT TWO

On or about November 2, 2024, in the Eastern District of North Carolina, the defendant, EDDUARD OMAR MAJANO SOSA, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

(Foreperson)

Date: 10/

W. ELLIS BOYLE
United States Attorney

H. Brent McKnight, Jr.

H. BRENT MCKNIGHT, JR.
Assistant United States Attorney
Criminal Division